1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HALLAK, an Individual, and Additional Parties,<br><br>                    Plaintiffs,<br><br>          v.<br><br>L3 COMMUNICATIONS CORPORATION, a Corporation, L3 COMMUNICATION HOLDINGS, INC., a Corporation, and TCS CORPORATION, a Corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:10 CV-00794 GAF (JC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TCS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 9(b)**<br><br><br>Hearing Date:     April 19, 2010<br>Time:             10:00 a.m.<br>Courtroom:        8 |

-1-

1    This matter is before the Court on the motion of Defendant Thomas
2 Computer Solutions, LLC to dismiss the Plaintiffs' First Amended Complaint
3 pursuant to FRCP 12(b)(6) and 9(b).

4

5    After full consideration of all the papers, evidence, and arguments of
6 counsel, and being fully advised, the Court grants Defendant's motion and finds as
7 follows:

8

9    1.    Defendant's motion to dismiss Plaintiffs' first cause of action for
10         "failure to compensate for all hours worked" is GRANTED WITHOUT
11         LEAVE TO AMEND.

12

13   2.    Defendant's motion to dismiss Plaintiffs' second cause of action for
14         "non-payment of overtime" is GRANTED WITHOUT LEAVE TO
15         AMEND.

16

17   3.    Defendant's motion to dismiss Plaintiffs' third cause of action for
18         conversion is GRANTED WITHOUT LEAVE TO AMEND.

19

20   4.    Defendant's motion to dismiss Plaintiffs' fourth cause of action for
21         breach of the implied covenant of good faith and fair dealing is
22         GRANTED WITHOUT LEAVE TO AMEND.

23

24   5.    Defendant's motion to dismiss Plaintiffs' fifth cause of action for
25         violation of Business and Professions Code § 17200 is GRANTED
26         WITHOUT LEAVE TO AMEND.

27

28

6.      Defendant's motion to dismiss Plaintiffs' sixth cause of action for penalties under California Labor Code § 2699 is GRANTED WITHOUT LEAVE TO AMEND.

7.      Defendant's motion to dismiss Plaintiffs' seventh cause of action for fraud and/or deceit is GRANTED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: _____, 2009

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE