CONNON WOOD SCHEIDEMANTLE LLP
NICHOLAS P. CONNON, State Bar No. 150815
Email: nconnon@connonwood.com
KATHLEEN M. WOOD, State Bar No. 149916
Email: kwood@connonwood.com
35 East Union Street, Suite C
Los Angeles, California 90017-3323
Telephone: (626) 638-1750
Facsimile: (626) 792-9304

GREENBERG TRAURIG LLP
C. Allen Foster, admitted pro hac vice
Email: fostera@gtlaw.com
David S. Panzer, admitted pro hac vice
Email: dpanzer@gtlaw.com
John F. Scalia, State Bar No. 154560
Email: scaliaj@gtlaw.com
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

Attorneys for L-3 Communications Corporation, L-3 Communications Holdings, Inc., and L-3 Services, Inc. (erroneously sued herein as "Titan Translators")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HALLAK, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> L3 Communications Corporation, a Corporation, L3 Communications Holdings, Inc., a corporation, Titan Translators, a corporation, and TCS Corporation, a corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. CV 10-00794 R (JCx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br><br> Judge: The Hon. Manuel Real <br> Courtroom: 8 <br> Date: April 19, 2010 <br> Time: 10:00 a.m. |

This matter came to be heard before this Court, on April 19, 2010, on: (1) the renewed motion of L-3 Communications Corporation, Inc. ("L-3"), Defendant L-3 Communications Holdings, Inc., and Defendant Titan Translators (collectively the "L-3 Defendants"), to dismiss the First Amended Complaint, pursuant to FRCP

12(b)(6) and 9(b), filed on February 26, 2010; and (2-3) Thomas Computer Solutions, LLC's motions to dismiss, and to strike portions of, the First Amended Complaint, filed on March 1, 2010.  Having considered the motions and Plaintiffs' responses thereto, and the oral argument presented by the parties (including further concessions by Plaintiffs), and the pleadings and matters on file in this action, the Court finds and concludes as follows:

1.     Plaintiffs' state law claims fail to state a claim upon which relief can be granted and, therefore, the Court dismisses those claims with prejudice, because only federal law applies to the claims at issue.

    a.     Plaintiffs concede that the federal enclave doctrine applies.  As such, Plaintiffs' state law claims only survive if they preexisted the formation of the enclave and are consistent with federal law.  Plaintiffs concede that their state law statutory claims fail as a matter of law.

    b.     Plaintiffs' claims for conversion and breach of the implied covenant of good faith and fair dealing are both based on factual allegations supporting Plaintiffs' wage and hour claims.  Such common law claims are inconsistent with the exclusive remedies provided in the Fair Labor Standards Act ("FLSA"), as recognized in *Williamson v. Gen. Dynamics Corp.*, 208 F.3d 1144 (9th Cir. 2000). As such, these claims are barred by the federal enclave and the unique federal interest doctrines and are pre-empted by the FLSA. They fail as a matter of law.

    c.     Plaintiffs' fraud claim also fails as a matter of law. The claim is based on the allegations that the defendant fraudulently represented to them that they would be independent contractors, not employees. This is a representation of plaintiffs' legal status, and as stated in *Miller v. Yokohama Tire Corp.*, 358 F.3d 616 (9th Cir. 2004), fraud cannot be predicated on misrepresentations of law or misrepresentations of matter of law.

2. The FLSA claims also fail as a matter of law. Claims of some Plaintiffs are barred by the Secretary of Labor's prior action pursuant to 29 U.S.C. § 216(c) and claims of all Plaintiffs are barred by the two-year statute of limitations on collective actions pursuant to 29 U.S.C. § 255(a).

    a. The claims of Plaintiffs who previously received settlements in the case *Chao v. L3 Comm. Titan Corp.*, No. 07-8406 R (JCx) (C.D. Cal. 2008) are dismissed in their entirety and with prejudice on the grounds that their right to bring an action under the FLSA terminated with the initiation of that case by the Secretary of Labor.

    b. In addition, all Plaintiffs' FLSA claims are time-barred based on their failure to opt-in to this collective action prior to the running of the two-year statute of limitations under the FLSA.

    c. Plaintiffs have alleged no facts to state a plausible claim for willfulness required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 120 S.Ct. 1937 (2009) and concede that the two-year statute applies by failing to address that argument in their Opposition filed on March 15, 2010.

3. In light of the foregoing findings, any amendments would be futile and, therefore, all claims are hereby dismissed with prejudice without leave to amend. Plaintiffs' pending motion for leave to amend to file a Second Amended Complaint, filed on April 2, 2010, and repeated orally at the April 19, 2010 hearing, is hereby denied.

    WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that this action is HEREBY DISMISSED, in its entirety, with prejudice, and without leave to amend.

Dated: April 27, 2010

_____
The Honorable Manuel Real
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 35 East Union Street, Suite C, Pasadena, California 91103.

On April 22, 2010, I served true copies of the following document(s) described as **[REVISED PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

__X__**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Local Rule 5-3.3, I caused the document(s) identified above to be filed through the CM/ECF System on the persons listed in the Service List. I did not receive, within a reasonable time after the filing, any electronic message or other indication that the service was unsuccessful.

__X__**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Connon Wood Scheidemantle LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

_____**BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was (626) 792-9304. No error was reported by the fax machine that I used.

_____**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dyee@connonwood.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2010, at Pasadena, California.

/s/ Diane Yee
Diane Yee

# SERVICE LIST

Dan Zeidman **(Via CM/ECF)**
Email: dzlaw@att.net
Michelle L. Afont **(Via regular mail)**
Email: mlnplaw@cs.com
Law Offices of Dan Zeidman
260 E. Chase Ave., #201
P.O. Box 1238
El Cajon, California  92022
Telephone:  (619) 440-3232
Facsimile:  (619) 440-7864

Ryan McCortney, Esq. **(Via regular mail)**
Email: rmccortney@sheppardmullin.com
Matthew M. Sonne **(Via CM/ECF)**
Email: msonne@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile:  (714) 513-5130

Dale R. Larabee **(Via regular mail)**
Email:  dale@lgllawyers.com
Hans Gienapp **(Via CM/ECF)**
Email:  hans@lalawyers.com
Larabee Gienapp Larabee, APC
2120 4th Avenue
San Diego, California  92101
Telephone:  (619) 234-3054
Facsimile:  (619) 234-3001

[REVISED PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE