1  CONNON WOOD SCHEIDEMANTLE LLP
   NICHOLAS P. CONNON, State Bar No. 150815
2  Email: nconnon@connonwood.com
   KATHLEEN M. WOOD, State Bar No. 149916
3  Email: kwood@connonwood.com
   35 East Union Street, Suite C
4  Los Angeles, California 90017-3323
   Telephone: (626) 638-1750
5  Facsimile: (626) 792-9304

6  GREENBERG TRAURIG LLP
   C. Allen Foster, admitted pro hac vice
7  Email: fostera@gtlaw.com
   David S. Panzer, admitted pro hac vice
8  Email: dpanzer@gtlaw.com
   John F. Scalia, State Bar No. 154560
9  Email: scaliaj@gtlaw.com
   2101 L Street, N.W., Suite 1000
10 Washington, D.C. 20037
   Telephone: (202) 331-3100
11 Facsimile: (202) 331-3101

12 Attorneys for L-3 Communications Corporation, L-3 Communications Holdings, Inc., and L-3 Services, Inc. (erroneously sued herein as "Titan Translators")

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HALLAK, an Individual, | CASE NO. CV 10-00794 R (JCx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| L3 Communications Corporation, a Corporation, L3 Communications Holdings, Inc., a corporation, Titan Translators, a corporation, and TCS Corporation, a corporation, and DOES 1 through 100, inclusive, | Judge: The Hon. Manuel Real<br>Courtroom: 8<br>Date: April 19, 2010<br>Time: 10:00 a.m. |
| Defendants. | |

///
///
///
///

[PROPOSED] JUDGMENT

1     Judgment is hereby entered against all Plaintiffs, in favor of all Defendants.
2 Defendants may submit a Bill of Costs against plaintiffs.

Dated: April 27, 2010

_____
**United States District Judge**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 35 East Union Street, Suite C, Pasadena, California 91103.

On April 22, 2010, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

__X__**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Local Rule 5-3.3, I caused the document(s) identified above to be filed through the CM/ECF System on the persons listed in the Service List. I did not receive, within a reasonable time after the filing, any electronic message or other indication that the service was unsuccessful.

__X__**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Connon Wood Scheidemantle LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

_____**BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was (626) 792-9304. No error was reported by the fax machine that I used.

_____**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dyee@connonwood.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2010, at Pasadena, California.

/s/ Diane Yee
Diane Yee

-3-
[PROPOSED] JUDGMENT

| | |
|---|---|
| 1 | **SERVICE LIST** |

2  Dan Zeidman **(Via CM/ECF)**
   Email: dzlaw@att.net
3  Michelle L. Afont **(Via regular mail)**
   Email: mlnplaw@cs.com
4  Law Offices of Dan Zeidman
   260 E. Chase Ave., #201
5  P.O. Box 1238
   El Cajon, California  92022
6  Telephone:  (619) 440-3232
   Facsimile:  (619) 440-7864
7
   Ryan McCortney, Esq. **(Via regular mail)**
8  Email: rmccortney@sheppardmullin.com
   Matthew M. Sonne **(Via CM/ECF)**
9  Email: msonne@sheppardmullin.com
   Sheppard Mullin Richter & Hampton LLP
10 650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626
11 Telephone: (714) 513-5100
   Facsimile:  (714) 513-5130
12
   Dale R. Larabee **(Via regular mail)**
13 Email:  dale@lgllawyers.com
   Hans Gienapp **(Via CM/ECF)**
14 Email:  hans@lalawyers.com
   Larabee Gienapp Larabee, APC
15 2120 4th Avenue
   San Diego, California  92101
16 Telephone:  (619) 234-3054
   Facsimile:  (619) 234-3001