1 | DAN ZEIDMAN, Esq. SBN 73276
Summer A. Vichnair, Esq. SBN 259990
2 | LAW OFFICES OF DAN ZEIDMAN
260 E. Chase Avenue, Suite 201
3 | P.O. Box 1238
El Cajon, CA  92020
4 | Tel. (619) 440-3232
Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEORGE HALLAK, an Individual, | ) CASE NO. 2:10-cv-00794 R (JCx) |
| And Additional Parties Attachment form is attached As Exhibit "A" | ) |
| | ) SECOND AMENDED NOTICE OF |
| | ) APPEAL: |
| Plaintiff, | ) |
| | ) 1. TO INCLUDE AS APPELLANTS |
| vs. | ) THE SIX (6) PLAINTIFFS |
| | ) INADVERTENTLY NOT LISTED BY |
| L-3 COMMUNICATIONS CORPORATION, a corporation, L3 COMMUNICATIONS HOLDINGS, INC., a corporation, TITAN TRANSLATORS, a corporation, TCS CORPORATION, a corporation, and DOES 1 to 100, inclusive. | ) THE CLERK OF THE COURT IN THE |
| | ) ORIGINAL REMOVAL FROM STATE |
| | ) COURT |
| | ) |
| | ) 2. NOT TO INCLUDE AN APPEAL OF |
| | ) THE DENIAL OF ATTORNEY FEES |
| | ) |
| | ) |
| Defendants. | ) |

So that there is no confusion, this Second Amended Notice of Appeal is filed merely to make certain that the original Notice os Appeal is meant to:

1. Apply to the six (6) Plaintiffs who were inadvertently not listed when this case was originally removed from State Court, even though they clearly were listed as a part of the State Court action.

1

    2. Not to apply to the denial of attorney fees. Obviously, Plaintiffs do not wish to appeal an issue on which they won at the trial level.


Dated: August 1, 2010          LAW OFFICES OF DAN ZEIDMAN

                               By: _____
                                   Dan Zeidman, Esq., Attorneys for
                                   Appellants