**FILED**

UNITED STATES COURT OF APPEALS

AUG 03 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE HALLAK, an individual; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>L3 COMMUNICATIONS CORP., a corporation; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>TCS CORPORATION, a corporation,<br><br>Defendant. | No. 10-56173<br><br>D.C. No. 2:10-cv-00794-R-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 10 2011
CENTRAL DISTRICT OF CALIFORNIA

This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, counsel for all parties intending to file briefs in this matter are requested to inform Roxane G. Ashe, Circuit Mediator, in writing, by fax at (415) 355-8566, of their clients' views on whether: the case is appropriate for settlement discussions or mediation; the court can accommodate ongoing settlement discussions or otherwise facilitate settlement of the dispute; and/or the court should schedule a telephonic conference to discuss settlement.

VLS/Mediation

This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be served on the opposing party and shall not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

**The existing briefing schedule remains in effect** pending the determination whether the case will be selected for inclusion in the Mediation Program.

FOR THE COURT

By: Virna L. Sanchez
Deputy Clerk

VLS/Mediation