**FILED**

JAN 03 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellees. | No. 10-56100 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> TCS CORPORATION, a corporation, <br><br> Defendant. | No. 10-56173 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> Central District of California, <br> Los Angeles |



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

12.27.10/cag/Pro Mo

| | |
|---|---|
| GEORGE HALLAK, an individual; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TCS CORPORATION, a corporation,<br><br>Defendant - Appellant. | No. 10-56231<br><br>D.C. No. 2:10-cv-00794-R-JC<br>Central District of California,<br>Los Angeles |

The plaintiffs' late-filed motion for an extension of time in which to file the first brief on cross-appeal is granted. The first brief on cross-appeal is due January 24, 2011. The second brief on cross appeal is due February 23, 2011; the third brief on cross-appeal is due March 25, 2011; and the optional reply brief is due 14 days after service of the third brief on cross-appeal.

Counsel shall use the cross-appeal caption on all filings with this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit 27-10