UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellees. | No. 10-56100 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> U.S. District Court for Central California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 10 2011

| | |
|---|---|
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> TCS CORPORATION, a corporation, <br><br> Defendant. | No. 10-56173 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> U.S. District Court for Central California, Los Angeles |

| | |
|---|---|
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> TCS CORPORATION, a corporation, <br><br> Defendant - Appellant, <br><br> and <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants. | No. 10-56231 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> U.S. District Court for Central California, Los Angeles |

The first brief on cross-appeal submitted on January 24, 2011 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk