**FILED**

UNITED STATES COURT OF APPEALS

MAR 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellees. | No. 10-56100 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER  |
| GEORGE HALLAK, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> L3 COMMUNICATIONS CORP., a corporation; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> TCS CORPORATION, a corporation, <br><br> Defendant. | No. 10-56173 <br><br> D.C. No. 2:10-cv-00794-R-JC <br> Central District of California, <br> Los Angeles |

12.27.10/cag/Pro Mo

| | |
|---|---|
| GEORGE HALLAK, an individual; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TCS CORPORATION, a corporation,<br><br>Defendant - Appellant. | No. 10-56231<br><br>D.C. No. 2:10-cv-00794-R-JC<br>Central District of California,<br>Los Angeles |

The defendants motion for voluntary dismissal of their cross-appeals under Fed. R. App. P. 42(b) is granted.

A copy of this order sent to the district court shall act as and for the mandate of this court.

The reply brief is due within 14 days after the date of this order.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10